```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAY 0 2 2019**

UNITED STATES OF AMERICA     :

    - v. -     :     **INDICTMENT**

MARIO AMILCAR ESTRADA ORELLANA, and   :
JUAN PABLO GONZALEZ MAYORGA,

        19 Cr.

    Defendants.     **19 CRIM 328**

```
- - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about December 2018, up to and including in or about April 2019, in the Southern District of New York and elsewhere, MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, and others known and unknown, would and did manufacture, possess with intent to distribute, and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12

**JUDGE RAKOFF**

miles of the coast of the United States, in violation of Title 21, United States Code, Sections 812, 959(a), and 960(a)(3).

3. The controlled substance that MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, would and did manufacture, possess with intent to distribute, and distribute, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

(Title 21, United States Code, Sections 812, 959(a), 960(a)(3), 960(b)(1)(B), and 963.)

## COUNT TWO

The Grand Jury further charges:

4. From at least in or about December 2018, up to and including in or about April 2019, in the Southern District of New York, Guatemala, and elsewhere, MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 924(c).

5. It was a part and an object of the conspiracy that MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA,

the defendants, and others known and unknown, during and in relation to a drug-trafficking crime for which they may be prosecuted in a court of the United States, to wit, the offense alleged in Count One of this Indictment, would and did use and carry machineguns and destructive devices, and, in furtherance of such crime, possess machineguns and destructive devices, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

(Title 18, United States Code, Section 924(o).)

### FORFEITURE ALLEGATIONS

6. As a result of committing the controlled substance offense charged in Count One of this Indictment, MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

7. As a result of committing the firearms offense charged in Count Two of this Indictment, MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants, shall

forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the commission of the offense charged in Count Two of this Indictment.

### Substitute Assets Provision

8. If any of the property described above as being subject to forfeiture, as a result of any act or omission of MARIO AMILCAR ESTRADA ORELLANA and JUAN PABLO GONZALEZ MAYORGA, the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 21, United States Code, Sections 853 & 970.)

_____  
FOREPERSON

_____  
GEOFFREY S. BERMAN  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARIO AMILCAR ESTRADA ORELLANA, and
JUAN PABLO GONZALEZ MAYORGA,

Defendants.

INDICTMENT

19 Cr.

(21 U.S.C. §§ 812, 959, 960 & 963; and 18 U.S.C. § 924(o).)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

_____
Foreperson.

5/2/19   Filed Indictment
Case Assigned to Judge

USMJ Fox