

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/19

**BY ELECTRONIC MAIL**

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Estrada, et al., 19 Cr. 328 (JSR)

Dear Judge Rakoff:

The Government writes, with the consent of defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through May 30, 2019, the date of the arraignment in this matter. An exclusion of time serves the interests of justice as it will allow the Government to begin producing discovery, allow the defendants to begin to review any discovery produced, and allow the parties to begin to discuss the potential disposition of this matter.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
5-23-19

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____/s/_____
Matthew Laroche / Jason A. Richman
Assistant United States Attorneys
(212) 637-2420 / 2589

cc:   Sabrina Shroff, Esq. (by electronic mail)
      Michael Sporn, Esq. (by electronic mail)