UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES                           :

v.                                      :      19-CR-328 (JSR)

MARION AMILCAR ESTRADA ORELLANA         :

    Defendant

State of Washington        )
                           )       ss:
District of Columbia       )

I, Robert Feitel, being duly sworn, hereby deposes and says as follows:

1. I am submitting this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2. I am a partner in the law firm of the Law Office of Robert Feitel, P.L.L.C., 1300 Pennsylvania Avenue, N.W. Washington, D.C. 20008.

3. I have a member of the Bar of the District of Columbia since 1982. There are not now, nor have there ever been, disciplinary proceedings pending against me in any State or Federal court. I am a member of the U.S. District Court for the District of Columbia and have appeared *pro hac vice* in one other matter before this Court.

4. The undersigned has printed out and read the entirety of the local rules of this Court, as well as the Individual Rules of Practice of the Honorable Jeb S. Rakoff and solemnly swears and promises as an officer of the court to abide by them and all other rules which govern the conduct of attorneys.

5. The filing of this pleading will be accompanied by an electronic payment of administrative costs of the Clerk's Office.

6. The undersigned will also be filing a Certificate of Good Standing issued by the Bar of the District of Columbia within the last thirty days.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this case.

May 28, 2019

Respectfully submitted,

_____
Robert Feitel, Esquire
1300 Connecticut Avenue, N.W.
#190-515
Washington, DC 20009
(202) 450-6133 (office)
(202) 255-6637 (cellular)
RF@RFeitelLaw.com