UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/19

UNITED STATES                        :

v.                                   :          19 CR. 328 (JSR)

MARIO ESTRADA AMILCAR ORELLANA       :

    Defendant

## ORDER

Upon consideration of the motion of Robert Feitel, Esquire, for leave to appear *pro hac vice* as retained counsel for defendant MARIO AMILCAR ESTRADA ORELLANA, and the entire record herein, it is this 30th day of May, 2019,

ORDERED, that the motion is granted.

_____
JED S. RAKOFF
UNITED STATES DISTIRCT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

MARIO AMILACAR ESTRADA ORELLANA

    Defendant
------------------------------------------------------------x

NOTICE OF MOTION FOR
LEAVE TO APPEAR
PRO HAC VICE

19 CR. 328 (JSR)

PLEASE TAKE NOTICE that upon annexed Affidavit of Robert Feitel, Esquire and the accompanying Certificate of Good Standing, the undersigned moves this Court before the Honorable Jed S. Rakoff at the United States Courthouse for the Southern District of New York, Central Islip, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern District of New York on a date and time set by this Honorable Court for an Order allowing admission of Robert Feitel, a partner of the Law Office of Robert Feitel, P.L.L.C., and a member in good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Contemporaneous with the filing of this motion, the undersigned will make payment of the fee associated with the entry of an appearance *pro hac vice*. A proposed Order for the Court's consideration is also being filed.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          Robert Feitel, Esq.
                                                          1300 Pennsylvania Avenue, N.W.
                                                          Washington, DC 20008
                                                          #190-515
                                                          (202) 450-6133 (office)
                                                          (202) 255-6637 (cellular)
                                                          (202) 450-6134 (fax)
                                                          RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

A copy of the foregoing Motion For Leave To Appear *Pro Hac Vice* and supporting documents were filed via ECF this 29th day of May 2018 to Assistant United States Attorneys Matthew LaRoche and Jason Richman, U.S. Attorneys Office for the Southern District of New York.

*Robert Feitel*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES          :

v.                     :   19-CR-328 (JSR)

MARION AMILCAR ESTRADA ORELLANA  :

    Defendant

State of Washington    )
                       )   ss:
District of Columbia   )

I, Robert Feitel, being duly sworn, hereby deposes and says as follows

1. I am submitting this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

2. I am a partner in the law firm of the Law Office of Robert Feitel, P.L.L.C., 1300 Pennsylvania Avenue, N W. Washington, D.C. 20008.

3. I have a member of the Bar of the District of Columbia since 1982. There are not now, nor have there ever been, disciplinary proceedings pending against me in any State or Federal court. I am a member of the U.S. District Court for the District of Columbia and have appeared *pro hac vice* in one other matter before this Court.

4. The undersigned has printed out and read the entirety of the local rules of this Court, as well as the Individual Rules of Practice of the Honorable Jeb S Rakoff and solemnly swears and promises as an officer of the court to abide by them and all other rules which govern the conduct of attorneys.

5. The filing of this pleading will be accompanied by an electronic payment of administrative costs of the Clerk's Office.

6. The undersigned will also be filing a Certificate of Good Standing issued by the Bar of the District of Columbia within the last thirty days.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this case.

May 28, 2019

Respectfully submitted,

Robert Feitel, Esquire
1300 Connecticut Avenue, N.W.
#190-515
Washington, DC 20009
(202) 450-6133 (office)
(202) 255-6637 (cellular)
RF@RFeitelLaw.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Robert A Feitel

was duly qualified and admitted on **December 13, 1982** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 28, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.