UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :  **NOTICE OF APPEARANCE AND**
                                      :  **REQUEST FOR ELECTRONIC**
         - v. -                       :  **NOTIFICATION**
                                      :
MARIO AMILCAR ESTRADA ORELLANA,       :  **19 Cr. 328 (JSR)**
JUAN PABLO GONZALEZ MAYORGA,          :
                                      :
                 Defendants.          :
                                      :
------------------------------------- X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney for the
                                    Southern District of New York

                                by: _____
                                    Matthew Laroche
                                    Assistant United States Attorney
                                    (212) 637-2420