UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | : |
| v. | :     19 CR. 328 (JSR) |
| MARIO AMILCAR ESTRADA ORELLANA | : |
|     Defendant | |

ORDER

Upon consideration of defendant Mario Amilcar Estrada Orellana's motion for pre-trial release, the Government's opposition thereto, and the entire record herein, it is this _____ day of _____, 2019,

ORDERED, that the motion is granted; and it is

FURTHER ORDERED, that the defendant is released upon the following conditions: (1) the defendant will sign a personal surety in the amount of Five Million Dollars;  (2) a friend will post his home with the Court as collateral; (3) the defendant will not to attempt to obtain a new passport; (4) the defendant will live with another friend at his home in Spring Valley, New York and the friend will act as the defendant's custodian while on release; (5) the defendant will wear a GPS tracking bracelet and agree to home confinement for twenty hours a day; (6) the defendant will report to Pretrial Services daily by telephone and in person weekly; and (7) the defendant will be restricted to a geographic area no more than twenty miles from his place of home detention and will not travel near any airport in the Metropolitan New York area.

_____
JED S. RAKOFF
UNITED STATES DISTIRCT JUDGE