UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES                                  :

v.                                             :        19-CR-328 (JSR)

MARION AMILCAR ESTRADA ORELLANA    :

    Defendant

**DEFENDANT'S MOTION FOR PRETRIAL RELEASE**

# DEFENSE EXHIBIT 1

Dear Judge Rakoff

My name is Eddy Edelman Sanchez Lemus and I am a writing this letter to you concerning Mario Amilcar Estrada Orellana, who I understand is a defendant in a criminal case before you in the United States. I am a citizen of Guatemala and my date of birth is September 10, 1975.

I have known Mario Estrada for 6 years. He and I are friends and participated in political campaigns.

I am writing to you to explain that I know Mario Estrada to be an honest, forthright, and hard-working man. I have read in the newspapers in my country that there are criminal charges against him in the United States and that he is currently in jail awaiting a trial. His family has explained to me that his lawyer will be asking you for a "bond" so that he would not be in a jail while his criminal case advances in the American justice system. I have been told that Mario needs to show that he would not be a danger to anyone and he would not flee if he were released from jail.

I want to tell you Judge Rakoff that if Mario Estrada gives you his word that he will not flee and come back to Court, that is a promise that he will not break. Mario was a candidate to be President of Guatemala when he was arrested and is very well known in my country. He has a well-known reputation for honesty in Guatemala and based upon my contact with him over many years, I know him to be someone who keeps his word. I also know that he is not a violent person and that if he released from prison, he would not hurt anyone. When he was a candidate to be president, his slogan was "Food, Security, Work." Mario Estrada is someone who cares about the people of his country and I ask that you humbly grant his request to be released from jail while his trial is pending.

I am signing this letter with my full name, date of birth, and national identify number. I live in Guatemala, so I cannot come to the courthouse in New York and speak to you in person.

Jalapa, Guatemala, June 9th 2019.

Eddy Edelman Sanchez Lemus
Attorney and Notary, College 14,720
September 10, 1075
DPI CUI 2584 03551 0101

Estimado Juez Rakoff:

Mi nombre es Eddy Edelman Sánchez Lemus, y le escribo esta carta en relación a Mario Amílcar Estrada Orellana, quien es un acusado en un caso penal ante usted en los Estados Unidos. Soy Ciudadano de Guatemala y mi fecha de nacimiento es 10 de septiembre de 1975.

Conozco a Mario Estrada por 6 años. Él y yo somos amigos y participamos en algunas actividades políticas.

Le escribo para explicarle que conozco a Mario Estada como un hombre honesto, franco, trabajador. He leído en los periódicos de mi país que hay cargos penales en su contra en los Estados Unidos y que actualmente se encuentra en la cárcel en espera de un juicio. Su familia me ha explicado que su Abogado pedirá una "fianza" para que no esté en la cárcel mientras su caso penal avanza en el sistema de justicia estadounidense. Me han dicho que Mario tiene que demostrar que él no será un peligro para nadie y que no huiría si fuera liberado de la cárcel.

Deseo expresar al juez Rakoff que si Mario Estrada le da su palabra de que no huirá y regresará a la Corte, esa es una promesa de que no romperá. Mario fue candidato a la presidencia de Guatemala cuando fue arrestado y es muy conocido en mi país. Él tiene una reputación reconocida por honestidad en Guatemala y debido a mi contacto con él durante muchos años, sé que es alguien que cumple su palabra. También sé que no es una persona violenta y que si saliera de la cárcel no lastimaría a nadie Cuando era candidato a la presidencia, su eslogan era "comida, seguridad, trabajo". Mario Estrada es alguien que se preocupa por la gente de su país y le pido con todo respeto a usted que acepte su solicitud de ser liberado de la cárcel mientras dura el juicio pendiente.

Estoy firmando esta carta con mi nombre completo, fecha de nacimiento y número de identificación. Vivo en Guatemala, por lo que no puedo ir al juzgado de Nueva York y hablar con usted en persona.

Jalapa, Guatemala, 09 de junio de 2019.

Eddy Edelman Sánchez Lemus
Abogado y Notario, Colegiado 14,720
10 de septiembre de 1975
DPI CUI 2584 03551 0101

Guatemala, Jalapa June 11, 2019

To Whom It May Concern:

Hereby I certify that Have known Engineer Mario Amilcar Estrada Orellana for over 20 years; he is a man who has worked to help the PEOPLE IN MOST NEED IN OUR DEPARTMENT and Guatemala, making activities such as the Christmas party that is a family tradition that started with his wife (RIP) 23 years ago, in which he gives away wheelchairs to all people who need them; I remember a child showed up to one of these parties because he wanted to meet Engineer Estrada in person and when he sees him he hugs him with tears in his eyes and realizes the kid does not have arms so he asked for his information to buy him a prosthesis.

In another anecdote with him, an old woman about to die asked to see him. When he saw her, he said: " you are not going to die," and bought her a feeding bottle and ensure milk and he put the old lady's head on his legs to feed her and she lived much longer.

He is a man who inspired love and the people see him for the same reason; children, young men, elderly people dream of being able to give him a hug, making them happy.

I have the certainty to say that Engineer Mario Amilcar Estrada Orellana is a human being with many virtues, prudence, strength and specially he is a fair man with his fellow citizens. He is a man of faith and has helped building catholic and evangelic churches throughout Guatemala.

He is a son who loves, respects and looks after his mother, and exemplar father who has instilled moral and spiritual values to his children; a sincere friend.

I am sure that he is a humble person who helps his people and who has spiritual and moral principles.

I write the present letter for the interested party.

Sincerely,

Walter Giovanni Aguirre Juarez
CUI 1782334122101
Telephone. 45897835

Guatemala, Jalapa 11 de Junio de 2019

**A QUIEN INTERESE:**

Por este medio hago constar que conozco desde hace 20 años al ING. MARIO AMILCAR ESTRADA ORELLANA; es un hombre que ha trabajado para ayudar a los más NECESITADOS DE NUESTRO DEPARTAMENTO Y Guatemala, realizando actividades como el convivio navideño que es una tradición familiar que empezó con su esposa (QEPD) desde hace 23 años, en el que regala sillas de ruedas a todas las personas que la necesitan; recuerdo en uno de esos convivios que apareció un niño que llegó porque quería conocerlo en persona cuando lo ve el ING. Estrada, lo abraza y con lágrimas en sus ojos donde se da cuenta que no tiene sus brazos pidió que tomara sus datos para regalarle sus prótesis.

Otra anécdota vivida con él, una ancianita que estaba a punto de morir pidió verlo para despedirse, cuando él, la vio, le dice: Usted no se va morir y mandó a comprar un biberón y leche ENSURE y el mismo puso la cabeza de la ancianita en sus piernas, le dio su biberón y vivió un tiempo más.

Es un hombre que inspira amor y las personas lo perciben por la misma razón niños, jóvenes, ancianos sueñan con poder darle un abrazo y con eso los hace feliz.

Yo, tengo la certeza en poder decir que el ING. MARIO AMILCAR ESTRADA ORELLANA es un ser humano con muchas virtudes, prudencia, fortaleza y sobre todo es un hombre justo para con sus semejantes. Es un hombre de fe, por lo que ha ayudado a la construcción de iglesias católicas, evangélicas y a muchas personas de toda Guatemala.

Es un hijo que ama, respeta y cuida a su madre, un padre ejemplar que ha inculcado valores morales y espirituales a sus hijos, un amigo sincero.

Tengo la seguridad en decir, que es una persona humilde que ayuda a sus semejantes y con principios morales y espirituales.

Extiendo la presente para los efectos que al interesado convenga.

Atentamente,

Walter Giovanni Aguirre Juárez
CUI 1782 33412 2101
TEL. 45897835

Scanned with CamScanner

To Whom It May Concern:

Hereby I acknowledge that I JEAKELINE MARIA RUANO VASQUEZ, Guatemalan, housewife, licensed in Pedagogy and Human Rights, resident at Jalapa department, identified with number 1934143922101 issued by the national registry office RENAP, attest that have known engineer Mario Amilcar Estrada Orellana for approximately ten years as a humble person who has sought support for people in most need not only in our department but in Guatemala. He is a person who has always fought for low income people looking for their development through administrative procedures with companies so they can invest in our department. For example, when he was in National Congress, advances were made for our department, motivating to build a different Guatemala and wanting to be an honest president who was going to change our country's direction because he is a person who also overcame poverty and has always cared for the welfare of Guatemalan families.

For legal uses of the interested party, I sign and seal on this sheet on June 11, 2019.

JEAKELINE MARIA RUANO VASQUEZ

Cel:41735008

Case 1:19-cr-00328-JSR   Document 15-2   Filed 06/25/19   Page 7 of 15

A QUIEN INTERESE:

Por este medio me permito hacer del conocimiento que YO JEAKELINE MARIA RUANO VÁSQUEZ, guatemalteca, madre de familia, Licenciada en Pedagogía y Derechos Humanos, con residencia en Municipio y Departamento de Jalapa, quien me identifico con Documento Personal de Identificación DPI según código Único de Identificación CUI Número Mil novecientos treinta y cuatro espacio catorce mil trescientos noventa y dos espacio dos mil ciento uno ( 1934143922101 ), extendido por el registro Nacional de personal RENAP, manifiesto que tengo aproximadamente diez años de conocer personalmente al Ingeniero Mario Amilcar Estrada Orellana como una persona humilde y sencilla que siempre ha buscado el apoyo para las personas más necesitadas no solo de nuestro departamento sino también de Guatemala, es una persona que siempre ha luchado por el bienestar de las personas de bajos recursos buscando el desarrollo para los mismos a través de gestiones con empresas para que puedan invertir en nuestro departamento un ejemplo de ello es que cuando estuvo en el Congreso de la Republica se obtuvieron muchos avances para nuestro departamento, motivándose así para poder construir una Guatemala diferente y querer ser un Presidente honesto que le cambiaría el rumbo a nuestro país por ser una persona que también sufrió la pobreza y siempre le ha importado el bienestar de las familias guatemaltecas.

Y PARA LOS USOS LEGALES QUE A LA PARTE INTERESADA CONVENGA FIRMO LA PRESENTE A LOS ONCE DÍAS DEL MES DE JUNIO DEL AÑO DOS MIL DIECINUEVE.

JEAKELINE MARIA RUANO VASQUEZ
TEL. 41735008

Scanned with CamScanner

## To Whom It May Concern:

Engineer Mario Amilcar Estrada Orellana is a person who has projected education in 2002 working at the Durazno Santa Maria Xalapan Mountain School building classrooms. Due to the massive school population I sought his help, supporting me with tile floors where children received better quality education, also always projecting childhood through sports, giving away soccer uniforms, awards, trophies. He also supported the teacher's guild acknowledging teacher's day (June 25) in a departmental level, honoring us with luncheons, entertained by musical groups and giving away household goods.

How not to thank such a noble gesture towards the teachers because only he knows the educative value that the magisterium exercises at national level.

In 2005 he gave away 90 floor tiles for the construction of the nursery classroom of the rural mixed school Plan de la Cruz in San Pedro Pinula because said children did not have an optimal place to receive education. We obtained a positive immediate answer and thanks to him the children still take classes under a dignified roof.

And in gratitude for what the engineer has meant to me and for the great help he has given, I tell you in writing how big his heart is with the neediest, looking for the common good of all persons, I sign on a paper sheet dated June 11, 2019.

MEPU Silvia Lucrecia Medina Percoya

ID # 2486246522101

A QUIEN INTERESE:

Siendo el Ingeniero Mario Amílcar Estrada Orellana una persona que se ha proyectado a la educación, en el año 2002, trabajando en la escuela de la Aldea el Durazno de la Montaña Santa María Xalapan viendo la necesidad de construir aulas por la demasiada población escolar busque la ayuda de su persona apoyándome con láminas, donde los niños recibieron una mejor educación, una educación de calidad, además siempre se proyecta a la niñez a través del deporte, regalando uniformes de fut bol, premios, trofeos. Otro apoyo al gremio magisterial fue el reconocimiento a su labor en el día del maestro (25 de junio) a nivel departamental, homenajeándolos con almuerzo, amenizado por grupos musicales y regalando enseres domésticos.

Como no agradecer tan noble gesto, hacia nosotros los maestros, que solamente él conoce el valor educativo que ejerce el magisterio a nivel nacional.

En el 2005 gestioné ante él 90 láminas para la construcción del aula de párvulos de la escuela Rural Mixta Plan de la Cruz, Municipio de San Pedro Pinula, pues dichos niños no contaban con un lugar óptimo para recibir educación, obteniendo una respuesta positiva inmediatamente y gracias a él aún los niños de dicha escuela, reciben la educación bajo un techo digno.

Y en agradecimiento de lo que el Ingeniero Mario Estrada, ha significado para mí, por la gran ayuda que ha brindado, les relato en forma escrita lo grande que es su corazón con los más necesitado, buscando el bien común de todas las personas, firmo en una hoja de papel bond, con fecha 11 de junio de 2019.

MEPU Silvia Lucrecia Medina Percoya
Dpi 2486246522101

Scanned with CamScanner

Jalapa, June 11, 2019

To Whom It May Concern:

I Jose Guillermo Rodas Gudiel from Jalapa, Guatemala married and father of five children, retired from the National Magisterium of Guatemala, with ID number 1876967802101 knowingly and willingly express the following:

I have known Mario Amilcar Estrada Orellana for several years. In his childhood and youth, in his relationship and marriage with Alma Leticia Ruano Lam, with whom had two children: Mario Alejandro and Eduardo Josue. In his school studies at the Federation School, Modern Jalapaneco School where he graduated from high school. Later, in his job in a lesser category at the Ministry of Public Finances in Guatemala, which he used to pay his college studies.

In social activities, I coordinated with his work team for more than 20 years Mother's Day, teacher's day, Father's Day, Christmas and New Year's Eve, giving away toys for children in need from the rural area of Jalapa. We supported the sick and special cases of children, young men and adults on wheelchairs, which was Mario's idea to support the community.

I coordinated and supported him in the political field and congress elections, as well as national presidential campaigns, touring villages, neighborhoods, and towns, places where he always went, being admired by his simplicity and social charisma.

For everything written above, it is my will to say that his social and human projection is admired by whom know him personally as a man of good, who loves his town and people and that for many years that I traveled and shared with him, I never observed things that denigrated his human being.

I finalize saying that Mario Estrada Orellana knows very well that everything good is strengthened in Christ.

Respectfully:


Jose Guillermo Rodas Gudiel
Jalapa, Jalapa

Jalapa, 11 de junio de 2019

## A QUIEN INTERESE

Yo José Guillermo Rodas Gudiel, originario y vecino de Jalapa, Guatemala, casado, padre de 5 hijos, jubilado del Magisterio Nacional de Guatemala, con documento de identificación DPI 1876 96780 2101, de mi conocimiento y voluntad expreso lo siguiente:

A Mario Amílcar Estrada Orellana, le he conocido desde hace varios años. En su niñez y juventud, en su relación de noviazgo y matrimonio con Alma Leticia Ruano Lam, con quien procreó dos hijos: Mario Alejandro y Eduardo Josué. En sus niveles de estudio en la Escuela Tipo Federación, Colegio Particular Mixto Moderno Jalapaneco, donde se graduó de Bachiller. Posteriormente en su trabajo de menor categoría en el Ministerio de Finanzas Públicas de Guatemala, con lo cual aprovecho a realizar estudios universitarios.

En la actividad social, coordine con el equipo de trabajo por más de 20 años de celebración del Día de la Madre, Día del Maestro, Día del Padre, Navidad y Año Nuevo, entregando juguetes a niños de escasos recursos del área rural de Jalapa. Apoyamos a enfermos y casos especiales de niños, jóvenes y adultos con sillas de ruedas, todo esto con la idea de Mario de apoyar a su comunidad.

Coordine y fui animador en el campo político, en sus campañas para la elección de Diputado y así también a nivel nacional para las diferentes campañas presidenciales, recorriendo pueblos, aldeas, cantones y caseríos, lugares por donde paso siempre, siendo admirado por su sencillez y carisma social.

Por todo lo escrito anteriormente, es mi voluntad decir que su proyección social y humana es admirada para quienes le conocemos personalmente y es así, que es un hombre de bien, que ama y quiere a su pueblo y a su gente, y que por los muchos años que recorrí y he compartido con él, jamás observe cosas que denigren su ser humano.

Finalizo diciendo, que Mario Estrada Orellana muy bien sabe que todo lo bueno se fortalece en Cristo.

Respetuosamente:

_[signature]_
José Guillermo Rodas Gudiel
Jalapa, Jalapa

Scanned with CamScanner

Guatemala, Jalapa June 10, 2019

Dear Judge Rakoff

My name is Sergio Augusto Morales Lorenzana, attorney and Notary, bar number two thousand five hundred and I am a writing this letter to you concerning Mario Amilcar Estrada Orellana, who is a defendant in a criminal case before you in the United States, I am a Guatemalan citizen and my date of birth is September eighteen of nineteen forty one.

I have known Mario Estrada for 30 years. He and I worked together and were in politics.

I am writing to you to explain that I know Mario Estrada to be an honest, forthright, and hard-working man. I have read in the newspapers in my country that there are criminal charges against him in the United States and that he is currently in jail awaiting a trial. His family has explained to me that his lawyer will be asking you for a "bond" so that he would not be in a jail while his criminal case advances in the American justice system. I have been told that Mario needs to show that he would not be a danger to anyone and he would not flee if he were released from jail.

I want to tell you Judge Rakoff that if Mario Estrada gives you his word that he will not flee and come back to Court, that is a promise that he will not break. Mario was a candidate to be President of Guatemala when he was arrested and is very well known in my country. He has a well-known reputation for honesty in Guatemala and based upon my contact with him over many years, I know him to be someone who keeps his word. I also know that he is not a violent person and that if he released from prison, he would not hurt anyone. When he was a candidate to be president, his slogan was "Food, Security, Work." Mario Estrada is someone who cares about the people of his country and I ask that you humbly grant his request to be released from jail while his trial is pending.

I am signing this letter with my full name, date of birth, and national identify number. I live in Guatemala, so I cannot come to the courthouse in New York and speak to you in person, but I write this letter from the bottom of my heart and I know you will consider when making a decision.

Guatemala, Jalapa 10 de junio de 2,019

Estimado Juez Rakoff

Mi nombre es Sergio Augusto Morales Lorenzana, Abogado y Notario colegiado numero dos mil quinientos veinticinco y le escribo esta carta en relación a Mario Amilcar Estrada Orellana, quien es acusado en su caso penal ante usted en los Estados Unidos. Soy ciudadano de Guatemala y mi fecha de nacimiento es dieciocho de septiembre de mil novecientos cuarenta y uno.

Conozco a Mario Estrada por treinta años. Él y yo TRABAJAMOS JUNTOS Y ESTUVIMOS EN POLITICA.

Le escribo para explicarle que conozco a Mario Estrada como un hombre honesto, franco, trabajador y religioso. He leído en los periódicos de mi país que hay cargos penales en su contra en los Estados Unidos y que actualmente se encuentra en la cárcel en espera de un juicio. Su familia me ha explicado que su abogado pedirá una "fianza" para que no esté en la cárcel mientras su caso penal avanza en el sistema de justicia estadounidense. Me han dicho que Mario tiene que demostrar que él no es un peligro para nadie y que no huiría si fuera liberado de la cárcel.

Quiero decirle al juez Rakoff que si Mario Estrada le da su palabra de que no huirá y regresará a la Corte, esa es una promesa de que no romperá. Mario fue candidato a la presidencia de Guatemala fue arrestado y es muy conocido en mi país. Él tiene una reputación reconocida por honestidad en Guatemala y debido a mi contacto con él durante muchos años, sé que es alguien que cumple su palabra. También sé que no es una persona violenta y que si saliera de la cárcel no lastimaría a nadie. Cuando era candidato a la presidencia, su eslogan era "comida, seguridad, trabajo". Mario Estrada es alguien que se preocupa por la gente de su país y le pido humildemente que acepte su solicitud de ser liberado de la cárcel mientras dura el juicio pendiente.

Estoy firmando esta carta con mi nombre completo, fecha de nacimiento y número de identificación. Vivo en Guatemala, por lo que no puedo ir al juzgado de Nueva York y hablar con usted en persona, pero esta carta esta escrita desde el fondo de mi corazón y sé que la considerará al tomar su decisión.

Sergio Augusto Morales Lorenzana
18 de septiembre de 1,941

DPI 1739 57536 2101

Juzgado de Tránsito
- JUEZ -

## To Whom It May Concern:

Engineer Mario Amilcar Estrada Orellana through OFASCA (Peasant Strengthening Office), being a congressman since 2000, has been concerned about the health of the most vulnerable population of the department of Jalapa. At the beginning it was only medical consultations and free medications, seeing the need of the population and with high indicators of malnutrition, prevention and high rates of oral problems. He extended the coverage to longer consultations, providing dental service with dental extractions, and exams. At-risk populations were visited distributing nutri butter to rescue low-weight and malnourished children; in addition, people were helped with mortuary boxes and funeral services and also an ambulance car for any emergency. People with physical and motor capacity were supported with wheelchairs, canes, and walkers to integrate them into society. Likewise, the creation of convergence centers was managed to help the first level of primary care, thus reaching more people.

He is a good person with a good heart, good habits, a family man with high values and principles, always putting the welfare of the population of the department that saw him grow up.

With nothing more to add and for legal uses of the interested party, I sign and seal on this sheet of bond paper, size letter, dated on June 11, 2019.

Dr. Carla Janette Sagarmineaga Solórzano
Clinic Manager
Active license 1394
ID 1711549912101

A QUIEN INTERESE:

El Ingeniero Mario Amílcar Estrada Orellana a través de OFASCA (Oficina de fortalecimiento a los campesinos), siendo Diputado en el Congreso, desde el año 2000, se ha preocupado por la salud de las poblaciones más vulnerables del departamento de Jalapa; al inicio solo era consulta médica y medicamentos gratis, viendo la necesidad de la población y con altos indicadores de desnutrición, prevención y altos índices de problemas bucales, amplio la cobertura a consultas más prolongadas, brindando servicio dental, con extracciones dentales, exámenes, por formar parte del corredor seco, se visitaron poblaciones en riesgo distribuyendo nutri-mantequilla, para rescatar a niños de bajo peso y desnutrición; además se ayudaba a las personas con cajas mortuorias, y servicios funerarios, también un carro ambulancia para cualquier emergencia. A las personas con discapacidad física y motora se apoyaba con sillas de ruedas, bastones, andadores, para poder integrar a estas personas a la sociedad. Así mismo gestionó la creación de centros de convergencia para ayudar al primer nivel de atención primaria, logrando así llegar a más personas.

Es una buena persona de buen corazón, buenas costumbres, hombre de familia con altos valores y principios, siempre anteponiendo el bienestar de la población del Departamento que lo vio crecer.

Sin más que agregar y para usos legales del interesado, firmo y sello en hoja papel bond, tamaño carta, en fecha 11 de junio de 2019.

Dra. Carla Jannette Sagarminaga de Solòrzano
Encargada de Clínicas
Colegiado activo 1394
DPI 1711549912101

Dra. Carla Sagarminaga de Solorzano
CIRUJANO DENTISTA
Colegiado 1,394

Scanned with CamScanner