| | |
|---|---|
| CASE NAME: | <u>United States v. Estrada, et al.</u> |
| EXHIBIT NUMBER: | N-6a |
| DATE: | February 8, 2019 |
| LANGUAGE(S): | English, Spanish |
| PARTICIPANTS: | Juan Pablo Gonzalez<br>Mario Estrada<br>CS1<br>CS2 |
| ABBREVIATIONS: | [U/I] – Unintelligible<br>[PH] – Phonetic Spelling<br>[Brackets] – Transcriber Notes<br>// – Voices Overlap<br>*Italics* – Spoken in English |

**Recording N-6a (Spanish) - 54:06 through 58:40**

| NAME | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| Juan Pablo Gonzalez | If it weren't like that, then Mario wouldn't have ever gotten me involved in this. | Si no hubiera sido asi Mario jamas me hubiera metido a esto. |
| CS2 | It's not like we're cancer, don't fuck with me bastard, they already made me feel bad. | Ni que fueramos un Cancer, no me chingues cabron, uta madre, ya me hicieron sentir mal hijo de la chingada. |
| Juan Pablo Gonzalez | On the contrary, you knew why I wanted Mario and that's why I told you. For me it's important that Mario becomes president. It's very different for me to tell you about it, so he's there and he'll tell you. | Al reves, sabes porque queria que Mario y por eso te dije, para mi es importante que Mario que va a ser el Presidente que asuma, porque muy diferente es que yo te diga o que yo te cuente, ahí esta el, ahí el dira. |
| CS2 | That's the way we always make a deal, we always go with one head so we wouldn't need to come back and go with them never again because we already know that there are a lot of people that gossip. | Asi es siempre que hacemos un trato, siempre vamos con la cabeza una sola vez y no tenemos que volver a ir con ellos, jamas porque ya sabemos que hay mucho chismoso. |
| CS2 | There's one thing that is important Señor Estrada, are there any candidates that are bothering you? | Hay una cosa muy importante Señor Estrada, candidatos que le estan haciendo peso? |
| Mario Estrada (54:51) | That's exactly what I was going to tell you as well. | Eso yo le iba yo a decir tambien |
| CS2 | It's 15 million dollars for you to win, right? What are we going to do with them? Are we going to need to get them out of the way? The jobs were very well done, right? | Son 15 millones de Dolares para que gane, verdad? Que vamos hacer con ellos? Los vamos a tener que quitar del camino? Bien hechos los trabajos verdad? |

| Mario Estrada (55:08) | Listen, I'm going to tell you one thing. | Mire yo le voy a decir una cosa. |
|---|---|---|
| CS2 | If tomorrow- I'm going to tell you one thing. Tomorrow a candidate is going to go out for a stupid thing, for other problems that I don't know about and starts messing with you with that thing, they're going to have a problem. | Osea si mañana le voy a decir una cosa, mañana sale un Candidato, sale por una Pendejada, por otros problemas que yo dezconozca y empieza a estar chingando a su Madre con eso, va a tener un problema. |
| Mario Estrada | Yes, Yes. | Si, Si. |
| Mario Estrada (55:23) | We need to go for a friend of Thelma. | Hay que ir por un compañero de Thelma. |
| CS2 | Who? | Quien? |
| Mario Estrada | Thelma, Thelma. | Thelma, Thelma. |
| CS2 | Ok! | Ok! |
| Mario Estrada | She's the only one. | Es la Unica. |
| Juan Pablo Gonzalez | So we can talk about things as they are, yes, Thelma is a problem. | Para que hablemos las cosas asi como son, Si, Thelma es un Problema se Va. |
| Mario Estrada | Fuck, if we could do that with the generals we would be good. | Puta, si eso lo hicieramos con los Generales quedariamos bien. |
| Mario Estrada (55:46) | And endorse those that are in the boat. (laughter) | Y, Y, Y, Y, Y, Endosarsela a los que estan ahí en el bote (risas Estrada) |
| Juan Pablo Gonzalez | What you just said, I already told them last night. | Lo que Vos les estas diciendo se los dije Anoche. |

3

| Mario Estrada | Or not? Fuck and it's to endorse it. | O no? Puta y es endosarsela. |
|---|---|---|
| CS2 | Listen, for that reason we are telling you this because we know how problematic it can get here. | Mire por eso mismo le estamos diciendo porque nosotros sabemos la problemática qye hay aquí. |
| CS2 (55:58) | Then we have no problem, we can vanish this lady Thelma. | Entonces no tenemos ningun problema, nos podemos volar a esta Señora Thelma. |
| Mario Estrada | Yes well, the lady I can win against. I know I can win. | Si pues, La Señora yo le puedo ganar yo si le puedo ganar. |
| CS2 | But it's a risk, right? | Pero es un riesgo verdad? |
| Mario Estrada (56:08) | The issue is that she's messing with everyone. | Lo que pasa es que ella esta chingando a todo Mundo. |
| CS1 | She's organizing everything. | Ella esta Organizando todo. |
| Mario Estrada | She's messing with everyone. | Ella esta chingando a todo mundo. |
| CS1 | In fact, all these things that are happening to everyone are because of her. | De hecho todas estas cosas que le estan pasando a todos es por ella. |
| Mario Estrada (56:18) | Yes, because she has two attorneys who are dumb and obey her. | Si por que ella tiene dos Fiscales que son huecos y le obedecen a ella. |
| …. | | |
| Mario Estrada (57:58) | That's what that lady is doing, messing with everyone with those two bastards she has. | Ahí esta la Señora esa, Chingatela con los dos cabrones que tiene. |
| Juan Pablo Gonzalez | Whoever comes here to fuck it up should just leave, or whoever comes | Aquí es el que llega a chingar que se vaya, o que llegue a levantar humos |

4

| | | |
|---|---|---|
| | to stir things up and who we consider to be a risk for you should leave too. | demasiados que consideramos que es un riesgo para Vos, tambien se Va. |
| Mario Estrada (58:15) | But no! By the time they start assembling, it wouldn't be worth it. | A pero no!, ya cuando estan levantando ya no vale la pena. |
| CS2 | No, it's not going to be like that. The strategy is not like that. How much time do you think we have before we can hit that bitch? | No, No, No, No, No, eso no va hacer asi, la estrategia no es esa, Cuanto tiempo usted cree que tenemos para darle en su madre a esa cabrona? |
| Mario Estrada | Now! | Ya! |
| Juan Pablo Gonzalez | Because right now would be ideal. | Porque ahorita seria ideal. |
| CS2 | Alright well, that's fine, her and I need the names of those two bastards right away so I can start looking. | Bueno ya, esta bien, ella y necesito los nombres de esos dos MP de una vez para ver. |
| Mario Estrada (58:31) | Francisco Sandoval and . . . | Francisco Sandoval, y, y, |
| CS2 | Francisco Sandoval and who else? | Francisco Sandoval y quien mas? |
| Mario Estrada | Oscar Schaad. | Oscar Schaad. |
| CS2 | Oscar what? | Oscar que? |
| Mario Estrada | Schaad, who is from the electoral crimes. | Schaad que es el de Delitos Electorales. |
| CS2 (58:38) | Oscar Schaad and Francisco Sandoval. | Oscar Schaad y Francisco Sandoval. |

5