**Base Offense Levels for Drug Trafficking in Each Drug Type**[1,2]
**Fiscal Years: 2017**
**Circuit: 2nd Circuit**

| DRUG TYPE | | BASE OFFENSE LEVELS | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 31 | 32 | 33 | 34 | 36 | 38 | 43 |
| **TOTAL** | 1,403 | 5 | 1 | 5 | 51 | 37 | 57 | 48 | 53 | 48 | 309 | 125 | 77 | 271 | 6 | 135 | 5 | 82 | 38 | 49 | 1 |
| **Powder Cocaine** | 364 | 0 | 0 | 0 | 13 | 3 | 12 | 15 | 8 | 15 | 80 | 25 | 11 | 48 | 2 | 37 | 1 | 43 | 18 | 33 | 0 |
| **Crack Cocaine** | 351 | 0 | 0 | 1 | 5 | 10 | 14 | 6 | 9 | 6 | 98 | 45 | 29 | 85 | 0 | 25 | 0 | 6 | 8 | 4 | 0 |
| **Heroin** | 418 | 0 | 0 | 0 | 24 | 15 | 19 | 14 | 15 | 19 | 79 | 33 | 25 | 94 | 1 | 43 | 2 | 18 | 7 | 9 | 1 |
| **Marijuana** | 76 | 2 | 0 | 2 | 5 | 6 | 1 | 7 | 11 | 5 | 19 | 4 | 1 | 9 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| **Methamphetamine** | 39 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 3 | 3 | 3 | 9 | 2 | 4 | 2 | 6 | 2 | 3 | 0 |
| **Other** | 155 | 3 | 1 | 2 | 4 | 2 | 11 | 5 | 10 | 3 | 30 | 15 | 8 | 26 | 1 | 24 | 0 | 7 | 3 | 0 | 0 |

[1] Of the 3,525 cases, 1,452 were sentenced under §2D1.1 (Drug Trafficking). Of these, 1,403 cases had complete guideline application information. Descriptions of variables used in this table are provided in Appendix A.

[2] Base Offense Level is that applied at the time of sentencing and reflects application of the mitigating role cap on Base Offense Level as described in §2D1.1(a)(5).

[3] The quantity of drugs determining the Base Offense Level applied is described in the Drug Quantity Table at §2D1.1(c) and varies by drug type and the year of the Guidelines Manual applied at the time of sentencing.

SOURCE: This was produced using the U.S. Sentencing Commission's Interactive Sourcebook (https://isb.ussc.gov) using the Commission's fiscal year 2017 Datafile, USSCFY2017.