JA3THER1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                          15 CR 379 (PKC)

JUAN ANTONIO HERNANDEZ
ALVARADO,

             Defendant.

------------------------------x

                          New York, N.Y.
                          October 3, 2019
                          10:02 a.m.

Before:

                HON. P. KEVIN CASTEL,

                          District Judge

                    APPEARANCES

GEOFFREY S. BERMAN,
    United States Attorney for the
    Southern District of New York
EMIL J. BOVE, III
AMANDA HOULE
JASON RICHMAN
    Assistant United States Attorneys

OMAR MALONE
MICHAEL R. TEIN
    Attorneys for Defendant

ALSO PRESENT:   HUMBERTO GARCIA, Interpreter (Spanish)
                CRISTINA WEISZ, Interpreter (Spanish)
                MERCEDES AVALOS, Interpreter (Spanish)
                MARCIA GOTLER, Interpreter (Spanish)
                BRIAN FAIRBANKS, DEA
                MORGAN HURST, Paralegal, USAO

JA3THER3                    Mervis - Direct

                          AFTERNOON SESSION

                              (2:00 p.m.)

1              (Jury present)

2              THE COURT:  Ms. Houle, you may call your next witness.

3              MS. HOULE:  Thank you, your Honor, the government

4    calls Special Agent Gregg Mervis.

5     GREGG MERVIS,

6         called as a witness by the Government,

7         having been duly sworn, testified as follows:

8    DIRECT EXAMINATION

9    BY MS. HOULE:

10             THE WITNESS:  Gregg G-R-E-G-G, Mervis, M-E-R-V-I-S.

11             THE COURT:  All right.  You may inquire.

12             MS. HOULE:  Thank you, your Honor.

13   BY MS. HOULE:

14   Q.  Sir, where do you work?

15   A.  Drug Enforcement Administration.

16   Q.  Is that commonly referred to as the DEA?

17   A.  Yes.

18   Q.  What is your title there?

19   A.  Group supervisor.

20   Q.  When did you first begin working at the DEA?

21   A.  In 1997.

22   Q.  When you first joined the DEA, what position did you hold?

23   A.  I was a linguist.

1    Q.  What did you do as a linguist?

2    A.  I translated recorded communications from Spanish to

3    English.

4    Q.  Are you fluent in Spanish?

5    A.  Yes.

6    Q.  Do you have a degree in the Spanish language?

7    A.  Yes.

8    Q.  What degree is that?

9    A.  Bachelor's of arts from George Mason University.

10   Q.  After serving as a linguist what was your next position at

11   the DEA?

12   A.  I entered the DEA academy in Quantico, Virginia in 1998.

13   Q.  What title did you hold after you completed the academy?

14   A.  Special agent.

15   Q.  Can you describe generally for the jury the type of

16   training that you received at the DEA academy.

17   A.  Yes, basic investigative techniques training, report

18   writing, firearms, confidential source handling, physical

19   fitness, legal training.

20   Q.  Have you also participated in complex conspiracy training?

21   A.  Yes.

22   Q.  Approximately when did you attend that training?

23   A.  2001.

24   Q.  Is that also provided by the DEA?

25   A.  Yes, it is.

JA3THER3                          Mervis - Direct

1  Q.  What did that training consist of?

2  A.  That training focused more on instruction how to expand our

3  investigations from a local, regional level, to other locations

4  within the U.S., and then internationally back to the countries

5  where the narcotics were originating.

6  Q.  When you finished the DEA academy, where were you

7  stationed?

8  A.  Imperial County, California.

9  Q.  Where is imperial within California?

10 A.  It's about two hours east of San Diego right on the

11 U.S./Mexico border.

12 Q.  For how long were you stationed in Imperial?

13 A.  About six years.

14 Q.  What were your general responsibilities there?

15 A.  Our focus was on the transportation organizations operating

16 on the Mexican border, on the Mexicali/Baha California Mexico

17 side that were involved in transporting and shipping narcotics

18 from Baha California, Mexico to Los Angeles, primarily through

19 Imperial County.

20 Q.  What was the primary narcotic that you investigated being

21 shipped into the United States?

22 A.  Cocaine.

23 Q.  While you were stationed in Imperial, did you investigate

24 any international drug trafficking organizations?

25 A.  Yes.  Being so close to the Mexican border there, our

JA3THER3                        Mervis - Direct

1    investigations quickly took us into Mexico, back to the

2    interior of Mexico, and then south back to Central America and

3    then Colombia.

4    Q.  If you were stationed on the Mexican/California border, why

5    were you investigating organizations in Central and South

6    America?

7    A.  Because our goal as investigators is to try to trace back

8    the narcotics, the chain of narcotics back to our source to go

9    after the highest level traffickers in the quote, unquote, food

10   chain there.

11   Q.  As a special agent in Imperial, approximately how many

12   investigations were you involved in?

13   A.  Hundreds.

14   Q.  What are some of the investigative techniques that you used

15   while you were working on those investigations?

16   A.  We dealt a lot with confidential sources, information

17   obtained from cooperating defendants.  We made a lot of

18   seizures there on the border, so information that came from

19   those seizures, whether it be documents or electronic devices,

20   we frequently use wiretaps, we coordinated with our office, we

21   had an office in Tijuana, Baha California, Mexico, so we

22   frequently worked joint cases with that office there.

23   Q.  As part of that coordination with the DEA office in Mexico,

24   did you also receive information from Mexican law enforcement?

25   A.  Yes.

JA3THER3                     Mervis - Direct

1    Q.  Were you briefed by Mexican law enforcement on their

2    investigations?

3    A.  Yes.

4    Q.  Turning your attention to early 2005, did you leave your

5    post in Imperial, California?

6    A.  Yes.

7    Q.  Where were you next stationed?

8    A.  The Caracas country office in Caracas, Venezuela.

9    Q.  I put in front of you a folder marked for identification as

10   Government Exhibit 1.

11           MS. HOULE:  Ms. Hurst, if you could pull up that

12   exhibit for the Court and the parties as well, please.

13   Q.  Special Agent, what is shown in Government Exhibit 1?

14   A.  That is a map of the northern part of South America,

15   Central America, Mexico, the Caribbean, and then the southern

16   part of the United States.

17   Q.  Does this map fairly and accurately show the geographic

18   regions you just described?

19   A.  Yes.

20           MS. HOULE:  Your Honor, the government moves to admit

21   Government Exhibit 1.

22           MR. TEIN:  No objection.

23           THE COURT:  Received.

24           (Government's Exhibit 1 received in evidence)

25           MS. HOULE:  Ms. Hurst, if you could publish for the

JA3THER3                        Mervis - Direct

1    jury.

2    Q.  Special Agent, you said you were stationed in Caracas,

3    Venezuela.  Could you indicate for the jury where that is

4    located on this map?

5            Looks like you have drawn a circle over the right-hand

6    side of the screen just about the word Venezuela in the city of

7    Caracas.

8    A.  Yes.

9    Q.  What were your responsibilities while you were stationed in

10   Caracas?

11   A.  We worked out of the U.S. embassy in Caracas.  A big

12   responsibility was to coordinate and liaison with the

13   Venezuelan law enforcement counterparts.

14   Q.  What are some of the investigative techniques that you used

15   while you were working there?

16   A.  We had a number of confidential sources operating within

17   Venezuela.  We worked, like I said, closely with the Venezuelan

18   counterparts.  We also coordinated investigations with our DEA

19   offices in Bogota, Colombia and Cartagena, Colombia.

20   Q.  If you were stationed in Venezuela, why were you

21   coordinating with Colombian law enforcement?

22   A.  During my tour of Venezuela it became clear that the drug

23   traffickers that were calling the shots in Venezuela were

24   Colombians, and Venezuela served as a transshipment point for

25   the Colombian traffickers to send their narcotics shipments

JA3THER3                         Mervis - Direct

1    out.  Rather than sending them from Colombia they would send

2    them through Venezuela and out from Venezuela.

3    Q.  Through that coordination did you learning about cocaine

4    production abilities in Colombia?

5    A.  Yes.

6    Q.  Did you also investigate the routes and methods used to

7    transport cocaine throughout that region?

8    A.  Yes.

9    Q.  What was the primary type of narcotic that was involved in

10   your investigations in Venezuela?

11   A.  Cocaine.

12        MS. HOULE:  Thank you, Ms. Hurst, you can take that

13   down.

14   Q.  You testified that you first began working in Venezuela in

15   2005.  Turning your attention to 2008, did you move to a new

16   station?

17   A.  Yes.

18   Q.  Where were you next stationed?

19   A.  Baltimore, Maryland.

20   Q.  What were your responsibilities in Baltimore?

21   A.  Baltimore was the target, drug traffickers, drug traffic

22   activities within the Baltimore/Washington metropolitan area.

23   Q.  For how long were you stationed there?

24   A.  One year.

25   Q.  Where did you go next?

1    A.  I went to the Washington division office, Annandale HIDTA

2    office in Annandale, Virginia.

3    Q.  What does HIDTA stand for?

4    A.  High Intensity Drug Trafficking Area.

5    Q.  For how long were you stationed at that office?

6    A.  About five years.

7    Q.  While you were stationed in Baltimore and Annandale, did

8    you stay apprised of information related to international drug

9    trafficking?

10   A.  Yes.

11   Q.  How so?

12   A.  I still had contact with confidential sources that were

13   operating down in Venezuela and that region there.  I also kept

14   in close contact with co-workers, former co-corkers of mine at

15   the Caracas country office, and also working in Colombia.  I

16   read briefings and other intelligence reports that were

17   circulated within DEA regarding seizures and other intelligence

18   gained through investigations.

19   Q.  Turning your attention to March 2014, did you join a

20   different component of the DEA at that time?

21   A.  Yes.

22   Q.  Which one?

23   A.  The special operations division, bilateral investigation

24   unit.

25   Q.  What is the special operations division?

JA3THER3                    Mervis - Direct

1    A.  It's essentially a conglomerate of various law enforcement

2    agencies, DEA, FBI, HSI, ATF all come together and work out of

3    one office to coordinate and investigate activity.

4    Q.  You mentioned the bilateral investigations unit, what is

5    that?

6    A.  That's a specialized unit that focuses on drug traffickers

7    operating abroad.

8    Q.  Were you in any particular unit within the bilateral

9    investigations unit?

10   A.  Yes, I was in the Latin America unit.

11   Q.  Did you focus on any countries in particular within Latin

12   America?

13   A.  Yes.

14   Q.  Which ones?

15   A.  Colombia, Venezuela, Honduras, Guatemala and Mexico.

16   Q.  Did these investigations focus on any particular type of

17   narcotic?

18   A.  Cocaine.

19   Q.  What are some of investigative techniques you used during

20   those investigations?

21   A.  Once again confidential sources were key.  We had sources

22   operating throughout Latin America in those countries I

23   mentioned.  We coordinated frequently with our office in Bogota

24   and Cartagena.  We also coordinated with other DEA offices in

25   Latin America.  Seizure information that would come across,

JA3THER3                    Mervis - Direct

1  communications devices seized in connection with these narcotic

2  seizures, financial investigations.

3  Q.  You mentioned coordination with offices in Bogota and

4  Cartagena.  Where are those cities located?

5  A.  In Colombia.

6  Q.  And through that coordination, did you attend any

7  presentations from Colombian law enforcement?

8  A.  Yes.

9  Q.  What types of information was presented at those

10 presentations?

11 A.  They would provide intelligence briefings regarding

12 information they obtained through their wiretaps in Colombia,

13 their sources within Colombia, as well as seizures they made

14 within Colombia.

15 Q.  And was Colombia the primary foreign counterpart that you

16 coordinated with?

17 A.  Yes.

18 Q.  While you were working at the bilateral investigations

19 unit, did you also work in coordination with an organization

20 called PANEX?

21 A.  Yes.

22 Q.  What is PANEX?

23 A.  PANEX is a joint law enforcement group consisting of DEA

24 agents and other agencies that is focused on maritime narcotics

25 shipments, vessels carrying narcotics.

1    Q.  And does PANEX focus its operations in any particular

2    region of the world?

3    A.  Yes.

4    Q.  Which one?

5    A.  They focus on both on the Pacific side as well as the

6    Caribbean gulf of Mexico, that area.

7    Q.  When did you leave the bilateral investigations unit?

8    A.  I left in the summer of 2015.

9    Q.  What was your next assignment?

10   A.  Group supervisor at the Annandale office where I'm

11   currently assigned.

12   Q.  Do you keep apprised of information related to

13   international drug trafficking in your current assignment?

14   A.  Yes.

15   Q.  How so?

16   A.  I maintain contact with former co-workers that are working

17   at the bilateral investigation unit.  I also keep abreast of

18   intelligence reports and briefings that come across my desk

19   from other offices, seizure reporting, both abroad and

20   domestically, exploitation of communication devices, wiretap

21   info.

22   Q.  Using all of the investigatory methods that you described

23   this afternoon, have you learned about the routes used to

24   transport cocaine to the United States from South and Central

25   America?

1    A.  Yes.

2    Q.  And have you used those same methods to learn about the

3    methods used by drug traffickers to manufacture the cocaine

4    that's transported along those routes?

5    A.  Yes.

6    Q.  In testifying today, will you be relying on a syntheses of

7    all the different types of information that you described so

8    far in your testimony?

9    A.  Yes.

10   Q.  Have you testified previously as an expert in a federal

11   trial?

12   A.  Yes.

13   Q.  What generally was the subject matter of that testimony?

14   A.  It was regarding the transportation of cocaine from South

15   America through Central America to Mexico and the United

16   States.

17        MS. HOULE:  Your Honor, at this time the government

18   moves to qualify Special Agent Mervis as an expert in drug

19   trafficking routes and counter narcotics methods.

20        THE COURT:  Any objection?

21        MR. TEIN:  No, your Honor.

22        THE COURT:  All right.  So qualified.

23   BY MS. HOULE:

24   Q.  Special Agent, what country is the greatest producer of

25   cocaine?

1    A.  Colombia.

2    Q.  What country consumes the most cocaine in the world?

3    A.  United States.

4    Q.  Roughly what percentage of the cocaine that is consumed in

5    the United States is produced in Colombia?

6    A.  Upwards of 90 percent.

7    Q.  In what types of facilities is cocaine produced within

8    Colombia?

9    A.  Laboratories.

10   Q.  Where are these laboratories typically located?

11   A.  In the remote jungle or mountainous areas of Colombia.

12   Q.  In what types of facilities are these labs located?

13   A.  These are makeshift clandestine buildings that have the

14   materials used to process cocaine.

15   Q.  Generally speaking, what is that process through which

16   cocaine is produced in these labs?

17   A.  It starts with the coca leaf.  The coca leaf is soaked in

18   gasoline and other chemicals to extract the coca base from it.

19   Once you have the coca base, various chemicals are added to it

20   to include ammonia, and you have cocaine base, the cocaine base

21   is poured through a cloth to remove the impurities,

22   hydrochloric acid and acetone are added to that substance.  A

23   heating process, typically used or done with microwaves, and a

24   pressing process to remove some of the solvents there.  And

25   this pressing process also forms the rectangular brick-shaped

JA3THER3                      Mervis - Direct

1   kilogram.

2   Q.  And that press that you just described, can it be used for

3   any other purpose than removing the solvents?

4   A.  Yes, it could be used to imprint an insignia or symbol on

5   the kilogram.

6   Q.  What is the unit of cocaine that results from that process?

7   A.  A kilogram.

8   Q.  Approximately how much does a kilogram of cocaine weigh?

9   A.  2.2 pounds.

10  Q.  Approximately how many individual doses of cocaine are

11  contained in one kilogram?

12  A.  Approximately 8,000.

13  Q.  You testified that 90 percent of the cocaine consumed in

14  the United States is produced in Colombia.  Is that cocaine

15  typically sent directly from Colombia to the United States?

16  A.  No.

17          MS. HOULE:  Ms. Hurst, if you could publish again

18  Government Exhibit 1, please.

19  Q.  Special Agent, using the map on the screen, could you

20  please explain to the jury the primary route that is used to

21  transport cocaine from Colombia to the United States

22  identifying the countries along the way.

23  A.  Okay.  We'll start here with Colombia.  The cocaine is

24  shipped over across the border to Venezuela.  And then from

25  Venezuela the cocaine goes -- the primary route being the

JA3THER3                    Mervis - Direct

Central American route is what we call it.  So cocaine is

brought over to Venezuela and shipped via air up to the eastern

side of Honduras.  In Honduras it is moved west across the

Honduran/Guatemala border and then through Guatemala, and then

its crossed into Mexico and moved north through Mexico to the

U.S./Mexico border where it is eventually moved into the U.S.

at various locations along the U.S./Mexico border.

Q.  When, approximately, did the Central American route that

you just described emerge as the primary route to ship cocaine

from Colombia to the United States?

A.  Early 2000s.

Q.  What are some of the circumstances that led to the

emergence of the Central American route?

A.  What happened was the U.S. justice system, law enforcement

agents began targeting the Colombian traffickers.  When I say

"targeting," they were extraditing the Colombian traffickers to

the U.S.  So the Colombian traffickers thought of a way to sort

of create a layer in between themselves and the U.S.  So rather

than shipping the cocaine directly to the U.S., they would sell

their cocaine to Honduran traffickers, Guatemalan traffickers,

Mexican traffickers, to create almost a plausible deniability,

and to potentially, and in their hopes, I guess, in their eyes,

to avoid prosecution in the U.S.  Although along the way, all

these traffickers, all these people working together knew that

the ultimate destination was the United States.

1   Q.  Were there any other circumstances that led to the

2   emergency of the Central American route?

3   A.  Yes.  The narcotic traffickers in Central America and

4   Mexico became much more sophisticated and organized, and

5   therefore began forming these partnerships with the Colombian

6   traffickers.  Additionally, with the emergence of NAFTA, which

7   is the North American Free Trade Agreement, the Mexican

8   traffickers started to take advantage of the open boarders that

9   came about when NAFTA was created.

10  Q.  I'm showing you what has been marked for identification as

11  Government Exhibit 2.

12          MS. HOULE:  And Ms. Hurst, if you could put that on

13  the screen for the Court and the parties.

14  Q.  Special Agent, could you please look at the document in

15  front of you, Government Exhibit 2.  What is shown there?

16  A.  That is a map of Central America and the southern part of

17  Mexico.

18  Q.  Does the map fairly and accurately show the geographic area

19  you just described?

20  A.  It does.

21          MS. HOULE:  The government moves to admit Government

22  Exhibit 2.

23          MR. TEIN:  No objection.

24          THE COURT:  Received.

25          (Government's Exhibit 2 received in evidence)

JA3THER3                          Mervis - Direct

1              MS. HOULE:  Ms. Hurst, please publish that exhibit on

2      the screen for the jurors.

3      Q.  Special Agent, you described the route, the Central

4      American route as moving from the Colombian/Venezuela area into

5      Honduras.  Can you focus the jury on where Honduras is located

6      on this map?

7      A.  (Indicating)

8      Q.  When cocaine is brought into Honduras from Colombia, on

9      which side of Honduras does it typically arrive?

10     A.  The eastern side.

11     Q.  After arriving on the eastern side, in which direction is

12     the cocaine typically transported?

13     A.  West.

14     Q.  You mentioned earlier that there are air shipments of

15     cocaine.  Are there any other ways that cocaine is transported

16     into Honduras from Colombia?

17     A.  Yes.

18     Q.  How so?

19     A.  Maritime shipments.

20     Q.  And what do you mean by a maritime shipment?

21     A.  Maritime shipment is via sea.  It could be via fishing

22     vessel, for instance, or go-fast vessel.

23              (Continued on next page)

24

25

1   BY MS. HOULE:

2   Q.   What's a go-fast vessel?

3   A.   A go-fast vessel is basically a speedboat that has -- high

4   powered speedboat with extra gas tanks that allow it to make

5   the journey from South America to Honduras.

6   Q.   In terms of the air shipments that you described, how are

7   those transported?

8   A.   They're transported via smaller private aircraft.  There

9   are no passengers onboard these planes.  It's essentially the

10  pilots and the narcotics shipment.

11  Q.   Are you familiar with the concept of aircraft registration

12  numbers?

13  A.   Yes.

14  Q.   What does a registration number signify?

15  A.   It's an identification number for that ship or plane.

16  Q.   If a registration number starts with the letter N what does

17  that indicate?

18  A.   It indicates it's registered in the U.S.

19  Q.   When a cocaine shipment is being sent by aircraft to

20  Honduras from where does it typically depart?

21  A.   Apure region of Venezuela.

22  Q.   From what types of airfields do these cocaine shipments

23  typically depart?

24  A.   These are clandestine runway strips that are in a remote

25  area of Apure Venezuela.  They are essentially created by

JA39HER4                      Mervis – Direct

1    bulldozers and other equipment.  These aren't commercial

2    airports that these shipments are leaving from.

3    Q.  Why is the cocaine flown from Venezuela instead of directly

4    from Colombia into Honduras?

5    A.  In Colombia there exists a strong partnership between DEA

6    and the Colombian counterparts.  There's a lot of sharing of

7    information.  There's a DEA and other U.S. law enforcement

8    specific presence in Colombia which is not the case in

9    Venezuela.

10   Q.  After the cocaine lands in Honduras to which country does

11   it typically go next?

12   A.  Guatemala.

13   Q.  From there which country does it typically go next to?

14   A.  Mexico.

15              MS. HOULE:  Ms. Hurst, you can take that exhibit down.

16              Thank you.

17   Q.  Who typically is responsible for the cocaine once it

18   reaches Mexico?

19   A.  Mexican cartel.

20   Q.  In the time period of approximately 2004 through 2016 what

21   was the largest cartel in Mexico?

22   A.  The Sinaloa cartel.

23   Q.  During that time period who was one of the primary leaders

24   of the Sinaloa cartel?

25   A.  Joaquín Guzmán Loera a/k/a Chapo Guzmán.

JA39HER4                          Mervis - Direct

1    Q.  During that time period between 2004 and 2016 was Chapo

2    Guzmán arrested at any point by Mexican authorities?

3    A.  Yes.

4    Q.  Approximately when was that?

5    A.  February 2014.

6    Q.  I'm showing you what's been marked for identification as

7    Government Exhibit 110.

8           MS. HOULE:  And Ms. Hurst, if you could please pull

9    that up for the Court and the parties.

10   Q.  Special agent, who is shown in Government Exhibit 110?

11   A.  Joaquín Guzmán Loera.

12   Q.  Based on your research is this a fair and accurate

13   depiction of Mr. Loera?

14   A.  Yes.

15          MS. HOULE:  Government offers Government Exhibit 110.

16          MR. TEIN:  No objection.

17          THE COURT:  Received.

18          (Government's Exhibit 110 received in evidence)

19          MS. HOULE:  Ms. Hurst, if you could please publish

20   that to the jury.

21   Q.  What do the Mexican cartels do with the cocaine once it

22   arrives from Guatemala?

23   A.  They move it north to the U.S./Mexico border and then into

24   the U.S.

25   Q.  Approximately what percentage of the cocaine transported

1   along this Central American route is destined for the United

2   States?

3   A.   I'd say upwards of 90 percent.

4           MS. HOULE:   Thank you, Ms. Hurst.   You can take that

5   down.

6   Q.   You've testified about the different countries through

7   which cocaine is transported from Colombia to the United

8   States.   Why isn't the cocaine sold in the countries through

9   which it is transported along that route?

10  A.   These countries have smaller populations.   They don't have

11  the population to support the quantities of cocaine.

12          Also, it comes down to money.   It's more profit to

13  sell it in the U.S. than it is -- would be in those countries.

14  Q.   What approximately is the population size in Honduras?

15  A.   It's about 9 million.

16  Q.   And what happens to the price of cocaine as it moves north

17  to the United States along that Central American route that you

18  described?

19  A.   Incrementally increases.

20  Q.   What approximately is the price of cocaine -- a kilogram of

21  cocaine in Colombia?

22  A.   2,500 to $3,000.

23  Q.   Generally at what interval does the price increase as it

24  moves from Colombia to Honduras?

25  A.   Five to six thousand dollars per kilogram.

1   Q.   Approximately how much does a kilogram cost in Mexico near

2   the border with Guatemala?

3   A.   Twelve to $16,000 per kilogram.

4   Q.   Approximately how much does a kilogram of cocaine cost here

5   in the United States?

6   A.   Thirty to $35,000 per kilogram.

7   Q.   What about here in New York?  What's the price of a

8   kilogram of cocaine?

9   A.   Around $30,000.

10  Q.   Before we finish today I have just a few quick questions

11  about the tools that the DEA has used to target traffickers in

12  Central America.  What is the Office of Foreign Asset Control?

13  A.   That office operates under the Department of Treasury.  It

14  works closely with law enforcement agencies such as the DEA to

15  target and identify assets linked to drug traffickers that are

16  abroad.  It seeks to deny these drug traffickers access to the

17  assets and access to the U.S. financial institutions.

18  Q.   And when OFAC has identified a particular of trafficker and

19  seeks to block assets -- access to assets as you've just

20  described, how is that typically announced?

21  A.   It's made public through the media, both print media as

22  well as TV.  Also, there's also a OFAC website that is -- can

23  be accessed that has a list of the people that are sanctioned.

24  Q.   Why is that a useful law enforcement tool?

25  A.   Because the traffickers need access to dollars, need access

1    to the U.S. financial institutions.  A lot of times they're

2    dealing with entities that work in dollars and they need this

3    money to make purchases, to deal with these entities.

4    Q.  Does the DEA have any ability to order Honduran banks to

5    seize assets?

6    A.  No.

7    Q.  Can the DEA compel businesses in Honduras to provide

8    evidence to the DEA?

9    A.  No.

10   Q.  Is the DEA authorized to conduct searches in Honduras?

11   A.  No.

12   Q.  Can the DEA conduct arrests in Honduras?

13   A.  No.

14   Q.  Is the DEA authorized to conduct arrests in any foreign

15   country?

16   A.  No.

17   Q.  If a person located abroad is charged with crimes in the

18   United States, what can the DEA do to try and locate that

19   person?

20   A.  Typically we would go through Interpol.  We'd get a

21   professional arrest warrant first and then coordinate with

22   Interpol to try and locate and apprehend that individual in a

23   particular country.

24   Q.  What does Interpol stand for?

25   A.  International Police Organization; basically coordinates

1   and fosters cooperation primarily with the location and

2   apprehension of fugitives that are abroad.

3   Q.  If a person is located abroad what can the DEA do to try

4   and have that person arrested?

5   A.  They can send down the provisional arrest warrant and

6   coordinate with the Interpol representative for that particular

7   country.

8   Q.  Are you familiar with the term provisional arrest request?

9   A.  Yes.

10  Q.  What is that?

11  A.  That's essentially an arrest warrant that's issued here in

12  the United States that is sent through the embassy -- U.S.

13  embassy for that particular country and coordinated through

14  Interpol to attempt to locate and apprehend that individual.

15  Q.  Who decides whether to grant the provisional arrest request

16  submitted by the United States?

17  A.  The particular country's judicial system and their

18  government.

19  Q.  If someone is arrested on U.S. charges in a foreign

20  country, are they automatically sent to the United States for

21  prosecution?

22  A.  No.

23  Q.  What is the general legal process that may follow once

24  someone is arrested in a foreign country?

25  A.  There is an extradition process that is unique to each

1   country so it depends on what country that person or that

2   fugitive is apprehended.

3   Q.  Does every country have an extradition agreement with the

4   United States?

5   A.  No.

6              MS. HOULE:  No further questions, your Honor.

7              THE COURT:  All right.  Cross-examination.

8              MR. TEIN:  Thank you, your Honor.

9   CROSS-EXAMINATION

10  BY MR. TEIN:

11  Q.  Good afternoon, Special Agent Mervis?

12  A.  Good afternoon.

13  Q.  In your last 40 minutes of testimony how many times did you

14  mention the name Juan Antonino Hernandez Alvarado?

15  A.  None.

16  Q.  And in your entire career at the DEA how many days have you

17  actually spent physically inside the Country of Honduras?

18  A.  Three.

19             MR. TEIN:  No further questions.

20             THE COURT:  All right.  Any redirect?

21             MS. HOULE:  No.  Thank you, your Honor.

22             THE COURT:  All right.  You may step down.

23             (Witness excused)

24             THE COURT:  Call your next witness.

25             MS. HOULE:  Thank you, your Honor.  The government