# NOTICE OF APPEAL

### United States District Court

Southern District of New York

FILED
U.S. DISTRICT COURT
2020 FEB 24 A
S.D. OF N.Y.

Caption:
United States of America v.

Mario Amilcar Estrada Orellana

Docket No.: 19 Cr. 328 (JSR)
Honorable Jed S. Rakoff
(District Court Judge)

Notice is hereby given that Mario Amilcar Estrada Orellana appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on 02/18/2020.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✓] Other [ ]
Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]
Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]
Date of sentence: February 11, 2020  N/A [ ]
Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes ✓ ] No [ ]  If yes, provide the following information:

Defendant's Counsel: Anthony L. Ricco
Counsel's Address: 20 Vesey Street, Suite 400
New York, New York 10007
Counsel's Phone: (212) 791-3919

Assistant U.S. Attorney: Jason Andrews Richmond/Matthew Joseph Laroche
AUSA's Address: One St. Andrews Plaza
New York, New York 10007
AUSA's Phone: (212) 637-2200

Signature: Anthony L. Ricco, Esq.
Steven Z. Legon, Esq. for Anthony L. Ricco, Esq.