UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARIO ALMICAR ESTRADA ORELLANA, §  Criminal Action
§
    Petitioner, §  Case No. 19-CR-238 (JSR)
§
§  USM No. 18096-104
§
§  Honorable Judge Jed. S. Rakoff
v. §
§
§
§
UNITED STATES OF AMERICA, §
§
    Respondent. §
§



MOTION TO SUPPLEMENT THE RECORD WITH SWEAR STATEMENT FROM MR. ALEJANDRO SANDOVAL INMATE INTERN IN F.C.I. RAY BROOK, NEW YORK

Petitioner in this case filed a motion for compassionate release asking respectfully to grant his release. The government's responded that petitioner did not demonstrate that he exhausted his administrative remedy. The Government argues that the petitioner in this case failed to exhaust his administrative remedies. The government also argued that the BOP has informed that it has no record of any compassionate release request from the defendant, thus because the government with not evidence argued this point, petitioner ask respectfully to this honorable judge that he provided a request to the F.C.I. United Team Genesis-B. When the petitioner in this case provided this request inmate Alejandro Sandoval served as witness for Mr. Estrada Orellana when he provided this request to the Unit Team. See Attached Swear Statement from Alejandro Sandoval, the witness for

1.

Mr. Mario Almicar Estrada Orellana.

Therefore, petitioner provide this court with this Swear Statement to support his argument that he exhausted his 30 days mandated by the jurisdiction to this honorable judge to screen this motion.

CONCLUSION

This honorable judge must take this Swear Statement and review petitioner's motion for compassionate release..

Date: Sept. 11, 2024

/s/ _____

Mario Almicar Estrada Orellana
Reg. 18096-104
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977

2.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Sept. 11, 2024, a copy of the foregoing document was filed via mail room to this court and notice of this filing with the copy of this original filing was sent to the AUSA (United States Attorney Office) from the Southern District of New York.

Clerk of the Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Assistant United States Attorneys
Jason A. Richman
Mattew J. Laroche
1 Saint Andrew's Plaza
New York, NY 10007

/s/ _____
Mario A. Estrada Orellana

## SWEAR STATEMENT

I, ALEJANDRO SANDOVAL, Register Number: 18694-030, Resident of the State of New York, the undersigned hereby declare the following under Penalty of Perjury in accordance to 18 U.S.C. §1746.

A. On June 18, 2024 at 11:10 am, at front of the Staff Dinner room, in company of I/M Mario Amilcar Estrada Orellana Register Number 18096-104, I saw I/M Estrada when approached Mr. Higgins, Unit Manager and delivered an envelope which Mr. Estrada said was his application for Compassionate Release.

Today I Swear that this event happen in my present and I have full knowledge that it happen. Because I also served as a translator when it happen. Because Mr. Estrada does not speak english fluently.

I, Alejandro Sandoval states under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2024.

Alejandro Sandoval

Reg. Number 18694-030



**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of New York
County of Franklin

On September 9, 2024 before me, Jessica Foster (insert name and title of the officer), personally appeared Alejandro Sandoval who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: (Seal)

JESSICA B. FOSTER
Notary Public-State of New York
No. 01WI6140827
Qualified in Essex County
My Commission Expires Feb. 13, 2026

7018 1130 0000 7493 9447

18096-104
Mario Estrada-Orrellana
PO BOX 900
FCI RAY BROOK
RAY Brook, NY 12977
United States

RECEIVED
SEP 17 2024
CLERK'S OFFICE
S.D.N.Y.

USMS P3 SDNY

"Legal Mail"

18096-104
Clerk Of Court S Distict Ny
500 Pearl ST
NEW YORK, NY 10007
United States

U.S. POSTAGE
FCM LG ENV
SARANAC LAK
SEP 12, 2024
$0.00
S2324H500252

Retail
RDC 99
10007